UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LeROY a/k/a DEREK LeROY McSMITH | CIVIL ACTION |
| VERSUS | NO:  06-3426-HGB-SS |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the motion of the defendant, Phillips & Jordan, Inc., for summary judgment (Rec. Doc. 46) is GRANTED.

New Orleans, Louisiana, this 17th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE